IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARIOUS N. BELL, | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 2:14-CV-238-WHA |
| KIM THOMAS, et al., | ) |
| Defendants. | ) |

## ORDER

This cause is before the court on the Recommendation of the Magistrate Judge entered on October 31, 2016 (Doc. #97). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' Motion for Summary Judgment is GRANTED.

2. The plaintiff's claims against Lisa Bonner are DISMISSED with prejudice.

3. The plaintiff's claims against the remaining defendants are DISMISSED without prejudice as these claims are barred from review by *Heck v. Humphrey*, 512 U.S. 477 (1994) and its progeny.

4. This case is DISMISSED.

5. No costs are taxed herein.

A separate Final Judgment will be entered in accordance with this order.

DONE this 18th day of November, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE